**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ALVARO E. CALDERON, | ) | NO. CV 17-2732-PA(E) |
| Plaintiff, | ) | |
| v. | ) | ORDER ACCEPTING FINDINGS, |
| WMC MORTGAGE LLC, et al., | ) | CONCLUSIONS AND RECOMMENDATIONS |
| Defendants. | ) | OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Complaint, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which any objections have been made. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that: (1) Plaintiff's "Request [sic] Leave of Court to Amend Complaint" is denied; (2) the action against Defendant Harrison is dismissed with prejudice; (3) the action is otherwise dismissed without prejudice for lack of subject matter jurisdiction;

and (4) the motions to dismiss are otherwise denied as moot.

IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of this Order, the Magistrate Judge's Report and Recommendation and the Judgment of this date on Plaintiff and counsel for Defendants.

DATED: December 8, 2017.

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE