UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVARO E. CALDERON,<br><br>            Plaintiff,<br><br>   v.<br><br>WMC MORTGAGE LLC, et al.,<br><br>            Defendants. | NO. CV 17-2732-PA(E)<br><br><br><br>JUDGMENT |

IT IS ADJUDGED that: (1) the action against Defendant Harrison is dismissed with prejudice; and (2) the action is otherwise dismissed without prejudice for lack of subject matter jurisdiction.

DATED: December 8, 2017.

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE